UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Aaron Jozsa,

                Plaintiff,        Case No. 25-11350

v.                                  Judith E. Levy
                                  United States District Judge

General Motors Company,

                                  Mag. Judge Kimberly G. Altman

                Defendant.

_____/

## ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST TO APPOINT COUNSEL [8]

Before the Court is pro se Plaintiff Aaron Jozsa's "request of counsel." (ECF No. 8.) Plaintiff expresses that he is having trouble finding a lawyer, and requests that the Court appoint a lawyer to represent him.

There is no constitutional right to the appointment of counsel in civil cases, *see Lavado v. Keohane*, 992 F.2d 601, 605 (6th Cir. 1993), but "[t]he court may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). Here, Plaintiff is unable to afford

counsel. (*See* ECF No. 5 (order granting application to proceed without prepaying fees or costs).)

Appointment of counsel "is a privilege that is justified only by exceptional circumstances." *Lavado*, 992 F.2d at 606 (quoting *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985)). The Court will deny Plaintiff's request without prejudice. At this time, the Court does not find that this case presents exceptional circumstances that warrant appointment of counsel.

For the reasons set forth above, the Court DENIES WITHOUT PREJUDICE Plaintiff's request to appoint counsel. (ECF No. 8.)

IT IS SO ORDERED.

Dated: June 24, 2025  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
 United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 24, 2025.

 s/Sara Krause
 SARA KRAUSE
 Case Manager